FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAGISTRATE CASE NO.: '08 MJ 8181 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 8, U.S.C., § 1324(a)(2)(B)(iii) |
| Jose CAMACHO-Melendez ) | Bringing in Aliens Without Presentation (Felony) |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

That on February 27, 2008, within the Southern District of California, defendant Jose CAMACHO-Melendez, with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that two aliens, namely, Angelica REYES-Valencia and Audelia TORRES-Gutierrez, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

This complaint is based on the attached Statement of Facts which is incorporated herein by reference.

_____
Izabel Figueroa,
CBP Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28th DAY OF FEBRUARY 2008.

_____
HON. PETER. C. LEWIS
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA |
| | v. |
| 2 | Jose CAMACHO-Melendez |

### STATEMENT OF FACTS

The complainant states that this complaint is based upon the reports of the apprehending officer and the investigation conducted by U.S. Customs Border Protection (CBP) Officer Diana I. Contreras.

On February 27, 2008, at approximately 4:20 A.M., subject identified by his lawfully issued DSP-150 card as Jose CAMACHO-Melendez, arrived at the Calexico, CA West Port of Entry as the driver of a Ford F-250 Pick up Truck.

During primary inspection, CAMACHO-Melendez gave a negative Customs declaration to Customs and Border Protection Officer (CBPO) Veronica Fonseca. CBPO Fonseca questioned the driver as to his destination and ownership of the vehicle. CAMACHO-Melendez stated he was going to Las Palmas in Calexico, CA to buy washers and that the vehicle was the company's truck. CBPO Fonseca referred the vehicle to the secondary lot for further inspection and for a user fee.

In vehicle secondary, CBPO Justin VanArsdall approached the vehicle and received a negative Customs Declaration from CAMACHO-Melendez. CBPO VanArsdall asked CAMACHO-Melendez where he was going and if the vehicle belonged to him. CAMACHO-Melendez stated to CBPO VanArsdall that he was going to buy washers and that the vehicle belonged to the company he worked for. CBPO VanArsdall asked CAMACHO-Melendez to open the hood. CAMACHO-Melendez unlatched the hood release from inside the

vehicle and proceeded to the vehicle secondary lobby to pay for the user fee. CBPO VanArsdall discovered two aliens. It was determined that both aliens were natives and citizens of Mexico with no legal documents to enter into, reside or be employed in the United States. The undocumented aliens were identified as Angelica REYES-Valencia and Audelia TORRES-Gutierrez.

CAMACHO-Melendez was placed under arrest. CAMACHO-Melendez was advised of his rights per Miranda in the Spanish language. CAMACHO-Melendez acknowledged his rights.

Material Witness, Angelica REYES-Valencia stated that she is a citizen of Mexico and that she does not possess any documentation that would facilitate her lawful admission into the United States. REYES-Valencia stated that a gentleman that traveled with her and TORRES-Gutierrez made the smuggling arrangements. REYES-Valencia stated she was taken to a house at an unknown location and put in under the hood of the vehicle. REYES-Valencia stated she was to pay $4500.00 to be smuggled into the United States and that her final destination would have been Chicago, Illinois, where she can reunite with her husband and child. REYES-Valencia was shown a photo line-up and was not able to identify CAMACHO-Melendez as the person that put her in the engine compartment or that was driving the vehicle

Material Witness, Audelia TORRES-Gutierrez stated that she is a citizen of Mexico and that she does not posses any documentation that would facilitate her lawful admission into the United States. TORRES-Gutierrez stated that her and REYES-Valencia went to a store and asked if there was anyone that could cross them. TORRES-Gutierrez met some men that told her

they would be able to cross them into the United States. REYES-Valencia stated she was to pay an unknown amount of money once successfully crossed into the United States and that her final destination would have been Santa Ana, California. TORRES-Gutierrez was shown a photo line-up and was not able to identify CAMACHO-Melendez as the person that put her in the engine compartment or that was driving the vehicle.

Material Witnesses:

| Name | Country of Birth |
|---|---|
| Angelica REYES-Valencia | Mexico |
| Audelia TORRES-Gutierrez | Mexico |

    Further, the complainant states that Angelica REYES-Valencia and Audelia TORRES-Gutierrez are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.